Dismissed and Memorandum Opinion filed January 13, 2005









Dismissed and Memorandum Opinion filed January 13,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01084-CV

____________

 

DEVIN KEITH
GRANTOM, Appellant

 

V.

 

DEBORAH ANN
GRANTOM, Appellee

 



 

On Appeal from the 247th District
Court

Harris County,
Texas

Trial Court Cause No.
03-51777

 



 

M E M O R A N D U M  O
P I N I O N

This is an attempted appeal from an order setting aside a
default judgment signed on or about May 11, 2004.  No clerk=s record has been filed.[1]  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  








On December 16, 2004, notification was transmitted to all
parties of the court=s intention to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).  Appellant
filed no response.

Accordingly, the appeal is ordered dismissed.  All pending motions are denied as moot.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 13, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.

 











[1]  It appears
from the documents on file with this court that we may lack jurisdiction over
this attempted appeal of an interlocutory order.  In the absence of the clerk=s record, however, our lack of jurisdiction cannot be
confirmed.